**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.  CASE NO. 4:06cr11-RH/WCS

ADAM SAMUEL DOCKTOR,

    Defendant.

_____/

**ORDER EXTENDING DEADLINE TO REPORT
AND MODIFYING CONDITIONS OF RELEASE**

Defendant's motion to extend his deadline for surrendering for service of the custody portion of his sentence is GRANTED. Defendant shall report to his designated institution by Friday, December 29, 2006, at 2:00 p.m. Defendant's conditions of pretrial release are modified to delete the requirement that defendant not leave the Northern District of Florida without permission of the court or probation officer and to add the following conditions:

    Defendant shall not leave the State of Florida without permission of the court or probation officer.

    Commencing on September 14, 2006, defendant shall remain in his residence, with electronic monitoring, except for absences approved by the probation officer for gainful employment, community service, religious services, medical care, education or training, or

other such purposes as may be authorized by the probation officer. All costs of home detention shall be paid by defendant.

In all other respects the existing conditions of release remain the same.

SO ORDERED this 31st day of July, 2006.

s/Robert L. Hinkle
Chief United States District Judge
